# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 5, 2005

128795

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STANLEY DUANE FENNER,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128795
COA: 257999
Calhoun CC: 00-003407-FH

On order of the Court, the application for leave to appeal the April 6, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, J., would remand this case for resentencing and correction of the PSIR.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 5, 2005

_____
Clerk

t1128